# ALABAMA COURT OF CRIMINAL APPEALS



January 5, 2024

**CR-2023-0372**

Curtis Howard v. State of Alabama (Appeal from Macon Circuit Court: CC-04-51.61)

## <u>NOTICE</u>

You are hereby notified that on January 5, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk